**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WALLIN, MICHAEL D. | § | Case No.  13-83009 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 05/19/2014 in Courtroom 3100, United States Courthouse,
327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/24/2014          By:  /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: WALLIN, MICHAEL D.        §   Case No. 13-83009

                                        §
                                        §
Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 1,466.37 |
| *leaving a balance on hand of* [1] | $ 6,033.63 |

**Balance on hand:**            $ 6,033.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | BMO Harris Bank, N.A. | 274,000.00 | 274,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    6,033.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,185.00 | 0.00 | 2,185.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 53.88 | 0.00 | 53.88 |
| Auctioneer Fees - ACTION AUCTIONEERING | 1,350.00 | 1,350.00 | 0.00 |
| Auctioneer Expenses - ACTION AUCTIONEERING | 75.00 | 75.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $    3,738.88
Remaining balance:    $    2,294.75

     [1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00

Remaining balance:   $        2,294.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00

Remaining balance:   $        2,294.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,020,686.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 9,770.92 | 0.00 | 11.10 |
| 2U | BMO Harris Bank, N.A. | 1,865,321.72 | 0.00 | 2,118.31 |
| 3 | John J. Taphorn | 140,230.54 | 0.00 | 159.25 |
| 4 | Acme Brick Company | 5,363.18 | 0.00 | 6.09 |

Total to be paid for timely general unsecured claims:   $        2,294.75

Remaining balance:   $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-83009-TML
Michael D. Wallin                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett        Page 1 of 2          Date Rcvd: Apr 25, 2014
                             Form ID: pdf006        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2014.
db          +Michael D. Wallin,    3448 Snowberry Court,    Rockford, IL 61114-5560
20931727     Acme Brick Company,    POB Drawre 99198,    Fort Worth, TX 76199-0198
21306091    +Acme Brick Company,    3024 Acme Brick Plaza,    Fort Worth Texas 76109-4104
20931728    +BMO Harris Bank,    Bayview,    POB 6201,   Carol Stream, IL 60197-6201
20931729    +BMO Harris Bank,    POB 6201,    Carol Stream, IL 60197-6201
21131158    +BMO Harris Bank, N.A., Assignee of the FDIC,    c/o Matthew M.  Hevrin,   Hinshaw & Culbertson LLP,
              100 Park Avenue,    Rockford, IL 61101-1099
20931731    +Bowerston Shale Co.,    POB 199,    Bowerston, OH 44695-0199
20931732    +Brickcraft, LLC,    1946 Turner Ave., NW,    Grand Rapids, MI 49504-2034
20931733    +Buechel Stone Corp.,    N4399 Hwy 175,    Fond Du Lac, WI 54937-9225
20931734    +Custom Stone Works, Inc.,    165 W. Stephanie Drive,    Cortland, IL 60112-4081
20931735    +DeKalb Iron and Metal,    900 Oak St., Box 645,    DeKalb, IL 60115-3471
20931736    +Dubuque Mortgage,    1398 Central Avenue,    Dubuque, IA 52001-5021
20931737    +First National Bank of Omaha,    POB 8580,    Omaha, NE 68108-0580
21123970    +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20931738    +Fischer Stone & Materials,    1567 Heine Road,    Freeport, IL 61032-8402
20931739     Glen-Gery corp.,    POB 281479,    Atlanta, GA 30384-1479
20931740     Hanson Brick,    East Region,    POB 405915,    Atlanta, GA 30384-5915
20931741    +Harris Bank,    POB 6201,    Carol Stream, IL 60197-6201
20931742     Instone,    POB 824740,    Philadelphia, PA 19182-4740
21171967    +John J. Taphorn,    c/o Matthew M. Hevrin,    Hinshaw & Culbertson LLP,    100 Park Avenue,
              Rockford, IL 61101-1099
20931743    +John Taphorn,    1912 Shaw Woods Drive,    Rockford, IL 61107-1730
20931745     McGladrey LLP,    5155 Paysphere circle,    Chicago, IL 60674-0051
20931746     Pine Hall Brick Co., Inc.,    POB 890762,    Charlotte, NC 28289-0762
20931747    +Pro Fastening Systems,    44 E. University Drive,    Arlington Heights, IL 60004-1802
20931749    +Stone Creek Products,    398 E. State Route 133,    Arthur, IL 61911-6232
20931750    +Thies General Trucking,    6142 E. 3000 North Road,    Streator, IL 61364-8886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20931748    +E-mail/Text: bankruptcy@htlf.com Apr 26 2014 00:30:29     Riverside Community Bank,
              6855 East Riverside Blvd.,    Rockford, IL 61114-4429
20931751     E-mail/Text: ajansen@tql.com Apr 26 2014 00:31:46     TQL,    POB 634558,
              Cincinnati, OH 45263-4558
                                                                                          TOTAL: 2


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20931730*    +BMO Harris Bank,    POB 6201,    Carol Stream, IL 60197-6201
20931744*    +John Taphorn,    1912 Shaw Woods Drive,    Rockford, IL 61107-1730
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2014                          Signature:  /s/Joseph Speetjens


_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2014 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com,
           IL42@ecfcbis.com
          Bernard J Natale    on behalf of Auctioneer Terry  Firch natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          James E Stevens    on behalf of Debtor Michael D. Wallin jimstevens@bslv.com
          Matthew M. Hevrin    on behalf of Creditor   BMO Harris Bank N.A., formerly known as Harris N.A.,
           as the assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank
           N.A. mhevrin@hinshawlaw.com,  jfornal@hinshawlaw.com
          Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

District/off: 0752-3          User: vgossett          Page 2 of 2          Date Rcvd: Apr 25, 2014
                             Form ID: pdf006          Total Noticed: 28

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                              TOTAL: 7