**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WALLIN, MICHAEL D.              § Case No. 13-83009
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $164,075.00                  Assets Exempt: $28,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,294.75     Claims Discharged
                                               Without Payment: $2,064,508.84

Total Expenses of Administration: $5,205.25

---

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,460,415.00 | $274,000.00 | $274,000.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,205.25 | 5,205.25 | 5,205.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 572,262.00 | 2,020,686.36 | 2,020,686.36 | 2,294.75 |
| **TOTAL DISBURSEMENTS** | **$2,032,677.00** | **$2,299,891.61** | **$2,299,891.61** | **$7,500.00** |

4) This case was originally filed under Chapter 7 on August 29, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2014            By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Model 201 Deck Boat & Trailer | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | BMO Harris Bank, N.A. | 4110-000 | 1,374,302.00 | 274,000.00 | 274,000.00 | 0.00 |
| NOTFILED | Riverside Community Bank | 4110-000 | 38,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 13,730.00 | N/A | N/A | 0.00 |
| NOTFILED | Dubuque Mortgage | 4110-000 | 34,133.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,460,415.00** | **$274,000.00** | **$274,000.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 53.88 | 53.88 | 53.88 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,185.00 | 2,185.00 | 2,185.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ACTION AUCTIONEERING | 3610-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| ACTION AUCTIONEERING | 3620-000 | N/A | 75.00 | 75.00 | 75.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.37 | 11.37 | 11.37 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,205.25 | $5,205.25 | $5,205.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-000 | 9,000.00 | 9,770.92 | 9,770.92 | 11.10 |
| 2U | BMO Harris Bank, N.A. | 7100-000 | 405,300.00 | 1,865,321.72 | 1,865,321.72 | 2,118.31 |
| 3 | John J. Taphorn | 7100-000 | 102,300.00 | 140,230.54 | 140,230.54 | 159.25 |
| 4 | Acme Brick Company | 7100-000 | 9,544.77 | 5,363.18 | 5,363.18 | 6.09 |
| NOTFILED | Pine Hall Brick Co., Inc. | 7100-000 | 1,247.00 | N/A | N/A | 0.00 |
| NOTFILED | Instone | 7100-000 | 2,717.46 | N/A | N/A | 0.00 |
| NOTFILED | McGladrey LLP | 7100-000 | 5,300.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hanson Brick East Region | 7100-000 | 2,202.38 | N/A | N/A | 0.00 |
| NOTFILED | Stone Creek Products | 7100-000 | 2,774.95 | N/A | N/A | 0.00 |
| NOTFILED | TQL | 7100-000 | 1,825.00 | N/A | N/A | 0.00 |
| NOTFILED | Pro Fastening Systems | 7100-000 | 1,278.00 | N/A | N/A | 0.00 |
| NOTFILED | Thies General Trucking | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Glen-Gery corp. | 7100-000 | 5,910.56 | N/A | N/A | 0.00 |
| NOTFILED | Bowerston Shale Co. | 7100-000 | 1,480.60 | N/A | N/A | 0.00 |
| NOTFILED | Brickcraft, LLC | 7100-000 | 2,717.84 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Iron and Metal | 7100-000 | 1,266.74 | N/A | N/A | 0.00 |
| NOTFILED | Buechel Stone Corp. | 7100-000 | 5,846.86 | N/A | N/A | 0.00 |
| NOTFILED | Custom Stone Works, Inc. | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | Fischer Stone & Materials | 7100-000 | 10,809.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $572,262.00 | $2,020,686.36 | $2,020,686.36 | $2,294.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83009  
**Case Name:** WALLIN, MICHAEL D.

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/29/13 (f)  
**§341(a) Meeting Date:** 09/30/13  

**Period Ending:** 07/14/14  
**Claims Bar Date:** 01/09/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3448 Snowberry, Rockford, IL 61114 | 133,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash | 150.00 | 0.00 | | 0.00 | FA |
| 3 | Associated Bank - checking | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Associated Bank - checking | 50.00 | 50.00 | | 0.00 | FA |
| 5 | AmeriPrize | 300.00 | 108.00 | | 0.00 | FA |
| 6 | misc. household furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Wyland | 250.00 | 0.00 | | 0.00 | FA |
| 8 | used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 40 Smith & Wesson | 75.00 | 0.00 | | 0.00 | FA |
| 10 | Northwest Mutual (Wife is the beneficiary) | Unknown | 0.00 | | 0.00 | FA |
| 11 | IRA (Ameriprise) | 7,000.00 | 0.00 | | 0.00 | FA |
| 12 | Rock Valley Brick & Supply | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 Nissan Pathfinder | 15,000.00 | 1,270.00 | | 0.00 | FA |
| 14 | 1997 Jeep Wrangler | 7,000.00 | 2,075.00 | | 0.00 | FA |
| 15 | 2000 Model 201 Deck Boat & Trailer | 8,000.00 | 8,000.00 | | 7,500.00 | FA |
| 16 | two computers | 200.00 | 200.00 | | 0.00 | FA |
| 16 | **Assets** Totals (Excluding unknown values) | **$172,075.00** | **$11,703.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED. 3/13/2014.  REPORT TO BE CONSIDERED BY UST.

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**  March 13, 2014  (Actual)

Printed: 07/14/2014 04:37 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-83009 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | WALLIN, MICHAEL D. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***0719 | | Blanket Bond: | $472,000.00  (per case limit) |
| Period Ending: | 07/14/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/13 | {15} | Action Auctioneering | Sale of boat and trailer | 1129-000 | 7,500.00 | | 7,500.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 12/16/13 | 101 | ACTION AUCTIONEERING | Ref # AUCTONEER FEES & EXPENSES | | | 1,425.00 | 6,065.00 |
| | | | 1,350.00 | 3610-000 | | | 6,065.00 |
| | | | Ref # AUCTONEER'S EXPENSES    75.00 | 3620-000 | | | 6,065.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.37 | 6,053.63 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,043.63 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,033.63 |
| 05/19/14 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 4,533.63 |
| 05/19/14 | 103 | First National Bank of Omaha | Distribution paid   0.11% on $9,770.92; Claim# 1; Filed: $9,770.92; Reference: 6773 | 7100-000 | | 11.10 | 4,522.53 |
| 05/19/14 | 104 | BMO Harris Bank, N.A. | Distribution paid   0.11% on $1,865,321.72; Claim# 2U; Filed: $1,865,321.72; Reference: | 7100-000 | | 2,118.31 | 2,404.22 |
| 05/19/14 | 105 | John J. Taphorn | Distribution paid   0.11% on $140,230.54; Claim# 3; Filed: $140,230.54; Reference: | 7100-000 | | 159.25 | 2,244.97 |
| 05/19/14 | 106 | Acme Brick Company | Distribution paid   0.11% on $5,363.18; Claim# 4; Filed: $5,363.18; Reference: 3366 | 7100-000 | | 6.09 | 2,238.88 |
| 05/19/14 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,238.88 | 0.00 |
| | | | Dividend paid 100.00% on $2,185.00;  Claim# ATTY; Filed: $2,185.00    2,185.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $53.88;  Claim# EXP; Filed: $53.88    53.88 | 3120-000 | | | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 7,500.00 | 7,500.00    $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 7,500.00 | 7,500.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$7,500.00** | **$7,500.00** |

{} Asset reference(s)

Printed: 07/14/2014 04:37 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-83009  
**Case Name:** WALLIN, MICHAEL D.

**Taxpayer ID #:** **-***0719  
**Period Ending:** 07/14/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   7,500.00  
Net Estate :   $7,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)

Printed: 07/14/2014 04:37 PM    V.13.15